UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY KERKORIAN,<br><br>        Plaintiff,<br><br>   v.<br><br>STATE OF NEVADA DEPARTMENT OF CORRECTIONS (NDOC); CHARLES DANIELS, in his official capacity as NDOC Director; JERRY HOWELL, in his official capacity as warden of SDCC,<br><br>        Defendants. | Case No. 2:20-cv-00950-APG-EJY<br><br>**TRANSFER ORDER** |

The Plaintiff initiated this action with the filing of a complaint on May 27, 2020. ECF No. 1. The Plaintiff on the same date filed a Notice of Related Case, ECF No. 4, identifying case 2:20-cv-00639-RFB-BNW as related to the instant action. The presiding District Judges in both of these actions have individually and collectively determined that these actions are related as both involve allegations relating to conditions of confinement and the novel coronavirus disease ("COVID-19") pandemic and facilities within the Nevada Department of Corrections. The presiding District Judges further find that there is good cause to reassign these cases to one District Judge and one Magistrate Judge pursuant to Local Rule 42-1(a) and that this transfer will promote judicial efficiency, avoid duplicative filings by the parties, and will not result in prejudice to the parties.

IT IS THEREFORE ORDERED that case no. 2:20-cv-00950-APG-EJY is reassigned to District Judge Richard F. Boulware, II, and Magistrate Judge Brenda Weksler, who were assigned the earlier case, and all future pleadings shall bear case number 2:20-cv-00950-RFB-BNW.

DATED: May 28, 2020.

_____                    _____
ANDREW P. GORDON                                                  RICHARD F. BOULWARE, II
United States District Judge                                             United States District Judge